1  Todd M. Friedman (SBN 216752)
   Law Offices of Todd M. Friedman, P.C.
2  369 South Doheny Drive, Suite 415
3  Beverly Hills, CA 90211
   Telephone: (877) 206-4741
4  Facsimile: (866) 623-0228
5  tfriedman@attorneysforconsumers.com

6  Attorney for Plaintiff

7
   David I. Dalby (SBN 114750)
8  Jill M. Buresh (SBN 229044)
   HINSHAW & CULBERTSON LLP
9  One California Street, 18th Floor
10 San Francisco, CA 94111
   Telephone:  (415) 362-6000
11 Facsimile:  (415) 834-9070
   ddalby@hinshawlaw.com
12 jburesh@hinshawlaw.com
13
   Attorneys for Defendant
14 G C SERVICES LIMITED PARTNERSHIP

15
16                UNITED STATES DISTRICT COURT
17          FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                    SACRAMENTO DIVISION
19

| | | |
|---|---|---|
| 20 | MIR ALI, | ) Case No. 3:09-cv-03315-JSW |
| 21 | Plaintiff, | ) **JOINT STATUS REPORT** |
| 22 | vs. | ) **AND ORDER THEREON** |
| | | ) Honorable Jeffrey S. White |
| 23 | | ) |
| 24 | GC SERVICES LIMITED PARTNERSHIP, | ) Complaint Filed: July 20, 2009 |
| 25 | | ) |
| 26 | Defendant. | ) |

27
28  ///

1

1  ///
2  ///
3  ///
4  ///
5  ///
6  ///

7        ***COME NOW*** the parties in the above titled action and represent to the Court that they have fully resolved their differences and anticipate submitting closing documents within the next thirty days. As a consequence, the parties request that the Court adjourn all set dates at this time, including, but not limited to, the Case Management Conference currently scheduled for October 30, 2009. The parties shall submit a proposed stipulation of dismissal or further status report by no later than December 4, 2009.

Dated:  October 28, 2009    Law Offices of Todd M. Friedman, P.C.

                                    By:   */s/ Todd M. Friedman*

                                        Todd M. Friedman
                                        Attorney for Plaintiff

Dated:  October 28, 2009    HINSHAW & CULBERTSON LLP

                                    By:   */s/ David Ian Dalby*
                                        David Ian Dalby
                                        Jill M. Buresh
                                        Attorneys for Defendant GC SERVICES LIMITED PARTNERSHIP

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Jeffrey S. White]

Dated: October 29, 2009