UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIR ALI,

Plaintiffs,

vs.

GC SERVICES, L.P.,

Defendant.

Case No. **3:09-CV 03315-JSW**

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that the parties' ~~motion~~ joint request to dismiss this case with prejudice is hereby granted.

Dated this 4th day of December, 2009.

_____
The Honorable Jeffrey S. White